UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ERIC RICHARDSON**                                         **CIVIL ACTION**

**VERSUS**                                                  **NO. 11-0394**

**DAVE YELVERTON, WARDEN**                                  **SECTION "A"(5)**

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore, **IT IS ORDERED** that the petition of Eric Richardson for issuance of a writ of habeas corpus under 28 U.S.C. §2254, is **STAYED** pending his exhaustion of his state court remedies.

**IT IS FURTHER ORDERED** that the Clerk of Court **ADMINISTRATIVELY CLOSE** the above-captioned action.

**IT IS FURTHER ORDERED** that petitioner has 30 days following the exhaustion of his state court remedies to notify this Court and move to have the above-captioned matter reopened.

December 21, 2011

_____
UNITED STATES DISTRICT JUDGE